Decided September 9, 2009

## IN RE JUSTIN F. ET AL.

The petition by the respondent parents for certification for appeal from the Appellate Court, 116 Conn. App. 83 (AC 29498/AC 29912/AC 30610/AC 30611), is denied.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided September 9, 2009